IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RONNIE R. RICE, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-71-RAH ) |
| DONNIE STRAIN, | ) ) |
| Defendant. | ) ) |

**ORDER**

Pending before the Court is the Defendant's Motion to Dismiss (Doc. 56), which the Court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Because the notice of dismissal comports with Rule 41(a)(1)(A)(i), Plaintiff's claims against the Defendant are hereby dismissed without prejudice.

The CLERK OF COURT is Directed to CLOSE THIS CASE, and the hearing set for August 24, 2023 is hereby cancelled.

DONE, on this the 23rd day of August, 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE